DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RAMI SHAHMRAM,**
Appellant,

v.

**REWARD FLORIDA, LLC,**
Appellee.

No. 4D2025-2046

[August 6, 2026]

Appeal of nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michele Towbin Singer, Judge; L.T. Case No. 062025CA001795AXXXCE.

William E. Calnan of The Tarich Law Firm, P.A., Hollywood, for appellant.

Michael C. Foster of Young Foster, PLLC, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, LEVINE and LOTT, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely-filed motion for rehearing.***